March 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF K.L.S., A CHILD,

NO. 14-14-00428-CV

_____

Today the Court heard the parties' joint motion to vacate the judgment signed by the court below on March 4, 2014. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.